UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JASON WEST,

          Defendant.

CASE NO.:  2:17-cr-00124-JAD-GWF

ECF No. 201

**ORDER TO CONTINUE SENTENCING**

    Based upon the Stipulation of the parties, and good cause appearing therefore;

    IT IS HEREBY ORDERED that the Defendant's Sentencing be continued to a date convenient to the Court approximately One month after the currently scheduled date, as follows:

    The Sentencing currently scheduled for October 15, 2018 at 1:30 P.M., be vacated and the same be continued to November 27, 2018, at the hour of 11:00 a.m.

    DATED this 27th day of September, 2018.

_____
United States District Court Judge

Page 3 of 3