Randall J. Roske, Esquire
400 South Fourth Street,
Suite 500
Las Vegas, Nevada 89101
(702) 793-4211◆Cell (702) 596-6472
e-mail: randallroske@yahoo.com
Attorney for Defendant
JASON WEST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-cr-00124-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| JASON WEST, | (Third Request) |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, JASON WEST, by and through his attorney, Randall J. Roske, Esquire and between the Plaintiff, the United States of America, by and through its attorneys, DAYLE ELIESON, the United States Attorney, and Robert Knief Assistant United States Attorney that the Sentencing scheduled for November 27, 2018 at 11:00 A.M., be vacated and continued to a time convenient to the Court sometime in March, 2019.

This Stipulation is entered into for the following reasons:

1. Defendant has entered into a Plea Agreement that has a potential U. S. S. G. 5K1.1 component. That should the Defendant be able to perform substantial assistance in the eyes of the United States Attorney, that development would be important to Sentencing factor which could impact the sentencing result.

2. Additional time is requested due to Defendant's anticipated cooperation with government. A date after February, 2019 is requested given the current trial setting for the Co-defendants.

3. Defendant is not incarcerated and does not object to the continuance of his Sentencing.

4. Attorney for the United States concurs with the requested continuance.

DATED this \_\_\_\_ day of November, 2018.

| RANDALL J. ROSKE | DAYLE ELIESON, UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| Randall J. Roske, Esquire Counsel for Defendant Jason West | Robert Knief, Assistant United States Attorney Counsel for the United States |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>JASON WEST,<br><br>　　　　Defendant. | CASE NO.:  2:17-cr-00124-JAD-GWF |

**ORDER TO CONTINUE SENTENCING**

　　Based upon the Stipulation of the parties, and good cause appearing therefore;

　　IT IS HEREBY ORDERED that the Defendant's Sentencing be continued to a date convenient to the Court three months after the currently scheduled date, as follows:

　　The Sentencing currently scheduled for November 27, 2018 at 11:00 A.M., be vacated and the same be continued to March 11, 2019, at the hour of 10:00 a.m.

DATED this 16th day of November, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge